MARGARET HART EDWARDS, Bar No. 65699
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490
mhedwards@littler.com

CHRISTOPHER E. COBEY, Bar No. 060821
ADAM J. FISS, Bar No. 211799
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.790.0564
ccobey@littler.com
afiss@littler.com

Attorneys for Defendant
FAMILIESFIRST, INC. d.b.a. EMQ
FAMLIESFIRST (erroneously sued herein as
"EASTFIELD MING QUONG, INC.")

BRENDA DAVIS
7007 Inglewood Avenue, Apt. 9
Stockton, CA 95207
In Propria Persona

*IT IS SO ORDERED*
*Judge James Ware*
*3/12/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRENDA DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>EASTFIELD MING QUONG, INC.,<br><br>  Defendant. | Case No. C09-01828 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER**<br><br>[FED. R. CIV. P. 41(a)(1)] |

BRENDA DAVIS ("Plaintiff") and Defendant FAMILIESFIRST, INC. d.b.a. EMQ

FAMLIESFIRST (erroneously sued herein as "EASTFIELD MING QUONG, INC.") ("EMQ"

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-01828 JW                                    STIP. OF DISMISSAL WITH PREJUDICE AND
                                                                           [PROPOSED] ORDER

"Defendant") through its counsel of record, hereby stipulate to the dismissal of the above-referenced lawsuit in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side will pay its own attorneys' fees and costs.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: March 4, 2010

MARGARET HART EDWARDS
CHRISTOPHER E. COBEY
ADAM J. FISS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FAMILIESFIRST, INC. d.b.a. EMQ FAMLIESFIRST (erroneously sued herein as "EASTFIELD MING QUONG, INC.")

Dated: March 5, 2010

BRENDA DAVIS, Plaintiff in Pro Per

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: March 12, 2010

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Firmwide:94393388.1 010782.1034

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DAVIS,

        Plaintiff,

  v.

EASTFIELD MING QUONG, INC. et al,

        Defendant.

Case Number: CV09-01828 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda R. Davis
7007 Inglewood Avenue #9
Stockton, Ca 95207

Dated: March 12, 2010

        Richard W. Wieking, Clerk

        By: Elizabeth C. Garcia, Deputy Clerk